ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Fluor Intercontinental, Inc. | ) | ASBCA Nos. 62550, 62672 |
| | ) | |
| Under Contract No. W912BU-11-D-0003 | ) | |

APPEARANCES FOR THE APPELLANT:     James A. Hughes Jr., Esq.
                                     Hughes Law PLC
                                     Arlington, VA
                                   Andrea L. Reagan, Esq.
                                   Donald M. Yenovkian II, Esq.
                                     Fluor Mission Solutions
                                     Greenville, SC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Kyle A. Guess, Esq.
                                   John R. Lockard, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Corps of Engineer District, Norfolk
                                   John A. Skarbek, Esq.
                                     U.S. Army Corps of Engineer District,
                                       Philadelphia

ORDER OF DISMISSAL

The parties have settled the dispute and jointly moved to dismiss these appeals with prejudice. We grant the motion and dismiss these appeals with prejudice.

Dated: June 28, 2023

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62550, 62672, Appeals of Fluor Intercontinental, Inc., rendered in conformance with the Board's Charter.

Dated:  June 28, 2023

_for Tammye D. Abbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals